UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AL CASTELLANOS | CIVIL ACTION |
| VERSUS | NO. 07-1506 |
| SCOTT VINSON ET AL. | SECTION "R" (2) |

### REPORT AND RECOMMENDATION

Plaintiff, Al Castellanos, is a prisoner incarcerated in the Jefferson Parish Correctional Center. Plaintiff instituted the captioned suit pursuant to 42 U.S.C. § 1983 alleging claims of excessive force. Record Doc. No. 1 (Complaint).

On September 5, 2007, counsel for defendants forwarded to the court a photocopy of a motion to dismiss plaintiff's case with prejudice which appears to have been signed by plaintiff himself. Record Doc. No. 18. The original of this motion was not received by the court. Accordingly, plaintiff was ordered to advise the court no later than September 19, 2007, whether or not he desires to dismiss this case voluntarily. Plaintiff was instructed that failure to comply with the court's order would result in a recommendation that the case be dismissed, pursuant to his apparent intent to do so, as stated by plaintiff in his signed motion submitted to defense counsel. Record Doc. No. 17. A review of the record indicates that this order was mailed to plaintiff at the address

listed on his complaint. This order has not been returned to the court and no response from plaintiff has been received.

Accordingly, the copy of the motion to dismiss signed by plaintiff and forwarded to the court by defense counsel is hereby construed as a motion by plaintiff voluntarily to dismiss his case pursuant to Fed. R. Civ. P. 41(a)(2).

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within ten (10) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

## RECOMMENDATION

It is recommended that the complaint of Al Castellanos be dismissed with prejudice pursuant to plaintiff's motion submitted under Fed. R. Civ. P. 41(a)(2).

New Orleans, Louisiana, this __24th__ day of September, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE